# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# BRYSON CITY DIVISION
# 2:11cv10

| | |
|---|---|
| ANTHONY MARTIN and KIM MARTIN, husband and wife, ) ) ) Plaintiffs, ) ) v. ) ) RUSHING CREEK DEVELOPMENT ) GROUP, LLC, a North Carolina ) Corporation, and FEDERAL DEPOSIT ) INSURANCE CORPORATION, as ) Receiver for BANK OF HIAWASSEE, ) a Georgia Corporation, ) ) Defendants. ) _____ ) | **ORDER** |

The Local Rules of this Court require an attorney practicing in this Court to register for an ECF account with the Clerk of Court. LcvR 83.1(A). Attorney Mack D. Tallant, who represents Defendant Rushing Creek Development Group, LLC, has been provided two Notices from the Clerk that he is required to register for an ECF account. (Notice, Mar. 9, 2011; Second Notice Apr. 1, 2011.) To date, Attorney Tallant has still not registered as required by Local Rule 83.1(A). Accordingly, the Court **ORDERS** Attorney Mack D. Tallant to register for an ECF account at www.ncwd.uscourts.gov by July 15, 2011.

Signed: July 7, 2011

Dennis L. Howell
United States Magistrate Judge